IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RENATO AFONSO ARRAES MENEZES
NETTO SODRE,

        Plaintiff,

        vs.

MARKWAYNE MULLIN, et al.,

        Defendants.

4:26-cv-03152

DEFENDANTS'
MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants move the Court for an order for an extension of time of fourteen (14) days in which to answer or otherwise plead in response to Plaintiff's complaint. Defendants' response is currently due August 10, 2026. Defendants request an extension of time until August 24, 2026, to answer or otherwise plead in response to Plaintiff's complaint. Good cause exists for this request, as counsel for Defendants has been traveling and requires additional time to complete a thorough review and prepare the response. Undersigned counsel contacted Plaintiff's counsel today to request his position on this motion. As of the time of filing, counsel has not yet received a response. If Plaintiff's counsel subsequently indicates that he does not oppose the requested extension, Defendants will promptly notify the Court. Otherwise, this motion should be treated as submitted without Plaintiff's stated position. This request is made in good faith and not for the purpose of delay. A brief extension will aid in ensuring a complete and accurate submission for the Court's consideration.

WHEREFORE, Defendants respectfully request that the Court grant a 14-day extension of the applicable deadline.

MARKWAYNE MULLIN. et al., Defendants

LESLEY A. WOODS
UNITED STATES ATTORNEY
DISTRICT OF NEBRASKA

By:   s/ Amanda Phillips Brown
      AMANDA PHILLIPS BROWN, #24526
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel:  (402) 661-3700
      Fax:  (402) 661-3081
      E-mail:  amanda.brown2@usdoj.gov

2